

**DLA PIPER RUDNICK GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
T 215.656.3300
F 215.656.3301
W www.dlapiper.com

MATTHEW A. GOLDBERG
matthew.goldberg@dlapiper.com
T 215.656.3377

June 8, 2006

**VIA FACSIMILE & U.S. MAIL**

Howard G. Silverman, Esquire
Kane & Silverman, P.C.
The Philadelphian, Suite 1C-44
2401 Pennsylvania Avenue
Philadelphia, PA 19130

> Re: **Oak Lane Printing & Letter Service, Inc. t/a Oak Lane Printing, Inc. v. Atlantic Mutual Insurance Company and Hartford Steam Boiler Inspection & Insurance Company, C.A. No. 2:04-CV-3301**

Dear Mr. Silverman:

On March 29, 2006, Harford Steam Boiler Inspection & Insurance Company propounded interrogatories upon Oak Lane. Pursuant to Federal Rule of Civil Procedure 33, your client's answers became due on April 28, 2006. To date, we have received neither answers to HSB's interrogatories nor a request for an extension of time. Please provide Oak Lane's answers within seven (7) days of this letter or we will file a motion to compel.

Thank you in advance for your anticipated cooperation.

Very truly yours,

Matthew A. Goldberg

cc: Ronald P. Schiller, Esquire
    Daniel J. Layden, Esquire

**Serving clients globally**

P. 1

\* \* \* COMMUNICATION RESULT REPORT ( JUN. 8. 2006 11:53AM ) \* \* \*

```
                                                           FAX HEADER 1:
                                                           FAX HEADER 2:

TRANSMITTED/STORED : JUN. 8. 2006 11:51AM
FILE MODE            OPTION         ADDRESS              RESULT          PAGE
-------------------------------------------------------------------------------
1938 MEMORY TX                      215 232 0181         OK              2/2
-------------------------------------------------------------------------------
        REASON FOR ERROR
          E-1) HANG UP OR LINE FAIL        E-2) BUSY
          E-3) NO ANSWER                   E-4) NO FACSIMILE CONNECTION
```



DLA Piper Rudnick Gray Cary US LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
T 215.656.3300
F 215.656.3301
W www.dlapiper.com

MATTHEW A. GOLDBERG
matthew.goldberg@dlapiper.com
T 215.656.3377

# Facsimile

**Date:** June 8, 2006

| *To:* | *Phone:* | *Fax:* |
|---|---|---|
| **Howard G. Silverman, Esquire**<br>**Kane & Silverman, PC** | (215) 232-1000 | (215) 232-0181 |

Original ☒ will / ☐ will not follow.      Pages *(including fax sheet):* 2

**Comments:**

11675/26254-27

*The information contained in this facsimile message is confidential and, if addressed to our client or certain counsel, is subject to the attorney-client or work product privilege. This message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U. S. Postal Service.*

**Serving clients globally**