LAW OFFICES
# KANE & SILVERMAN
PROFESSIONAL CORPORATION

THE PHILADELPHIAN
SUITE 1-C-44
2401 PENNSYLVANIA AVENUE
PHILADELPHIA, PENNSYLVANIA 19130

(215) 232-1000
FAX (215) 232-0181
TOLL FREE (866) 484-6992
E-MAIL: SCF@PALEGALADVICE.COM

STEVEN C. FEINSTEIN

MEMBER PA & NJ BAR

ONE GREENTREE CENTRE
SUITE 201
MARLTON, NEW JERSEY 08053

(856) 482-7898
FAX (856) 482-6441

June 26, 2006

Matthew A. Goldberg, Esquire
PIPER RUDNICK, LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
*via fax only @ 215-606-3302*

RE: Oak Lane Printing & Letter Service, Inc. t/a Oak Lane Printing, Inc. v
Atlantic Mutual Insurance Co. and Hartford Steam Boiler Inspection & Ins. Co.
USEDC- No.: 04-cv-3301

Dear Mr. Goldberg:

Please note that we are in the process of finalizing our responses to Defendant's Interrogatories and will have them to you by the end of the week. I apologize for the delay.

Very truly yours,
KANE & SILVERMAN, P.C.

By: Steven C. Feinstein

SCF;kr
cc: Howard G. Silverman, Esquire

G:\DATA\HGS\CLIENTS\Oak Lane Printing\Corr\GOLDBBERG.06.0626.wpd